**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Attack the Sound LLC, et al, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No. 25-CV-15354 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| Kunlun Tech Co., Ltd., et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## ORDER

A joint initial status report is due on or before February 20, 2026. Counsel and parties are directed to familiarize themselves with Judge Gottschall's case procedures, which are available from the court's website at https://www.ilnd.uscourts.gov/. To locate the case procedures, Follow the "judges" link, and select "Hon. Joan B. Gottschall." Please pay particular attention to the requirement to exchange initial disclosures within fourteen days of the parties' initial discovery planning conference and the court's requirement that the parties are to explore settlement opportunities and identify areas of agreement before filing the joint initial status report.

If all defendants have not been served by the initial status report deadline, an email message should be sent to chambers_gottschall@ilnd.uscourts.gov to request a thirty-day extension of the joint initial status report deadline. Counsel in cases removed from another court should follow these procedures to the extent applicable.

Please review the "Joint Initial Status" report case procedure for instructions and requirements for the report. Every status report except the joint initial status report must comply with the "Status Reports" case procedure.

Date: <u>December 22, 2025</u>                               /s/ Joan B. Gottschall
                                                      United States District Judge