## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:25-cv-15354 |
| Plaintiffs, | ) ) ) | District Judge Joan B. Gottschall Magistrate Judge Keri L. Holleb Hotaling |
| v. | ) ) ) | |
| KUNLUN TECH CO., LTD, SKYWORK AI PTE.LTD, and UNKNOWN DEFENDANTS, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' STATUS REPORT REGARDING FOREIGN SERVICE EFFORTS

Plaintiffs respectfully submit this status report to ensure the Court is aware of the diligent efforts Plaintiffs have undertaken to effect service on Defendants Kunlun Tech Co., Ltd ("Kunlun"), located in the People's Republic of China, and Skywork AI Pte. Ltd ("Skywork"), located in the Republic of Singapore, and to advise the Court of the current status of that process.

### Background

The Complaint in this matter was filed on December 17, 2025. Kunlun and Skywork are foreign entities located outside the United States and must be served in accordance with the Hague Convention on the Service Abroad of

Judicial and Extrajudicial Documents ("Hague Service Convention"), to which the United States, the People's Republic of China, and the Republic of Singapore are all signatories.[1]

Plaintiffs initially made efforts to identify whether Defendants maintained agents for service of process within the United States. After determining that no domestic agents were available, Plaintiffs concluded that service must be effected abroad under the Hague Service Convention and began that process.

Rule 4(m) of the Federal Rules of Civil Procedure provides that its 90-day time limit for service "does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1)." Fed. R. Civ. P. 4(m). Because Kunlun and Skywork are foreign entities being served outside the United States pursuant to Rule 4(h)(2) and the Hague Service Convention, the 90-day service deadline is inapplicable.[2]

### Current Status of Service

### A.    Kunlun Tech Co., Ltd (People's Republic of China)

On February 24, 2026, Plaintiffs retained LanguageLine Solutions ("LLS") to translate the documents required for service on Kunlun into Mandarin Chinese, as required for service through China's central authority. LLS has

---

[1] "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters," Nov. 15, 1965, [1969] 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163.

[2] The Advisory Committee Notes to the 2016 amendment confirm that this exemption was extended to corporate defendants to "recognize the delays that often occur in effecting service in a foreign country." Fed. R. Civ. P. 4(m), advisory committee's note to 2016 amendment. Plaintiffs are instead subject to a reasonable diligence standard, which they have satisfied by initiating the Hague Service Convention process for both Defendants within 90 days of filing the Complaint.

provided an estimated completion date of April 1, 2026. Upon receipt of the translated documents, Plaintiffs will promptly transmit a formal request for service to China's Ministry of Justice through its International Legal Cooperation Center.

**B.      Skywork AI Pte. Ltd (Republic of Singapore)**

On February 24, 2026, Plaintiffs initiated service on Skywork by submitting the required documents to Singapore's Ministry of Law via email and physical mail. On March 4, 2026, Plaintiffs submitted payment to the Supreme Court of Singapore's process server. On March 12, 2026, Plaintiffs received an estimated completion timeline of two to eight weeks.

### Conclusion

Service on both Defendants is proceeding through the appropriate channels under the Hague Service Convention. Plaintiffs have exercised and will continue to exercise diligence in pursuing completion of service. Plaintiffs will promptly file proof of service upon its completion for each Defendant.

Dated: March 16, 2026          Respectfully submitted,

LOEVY & LOEVY

/s/ Ross Kimbarovsky

_____

Ross Kimbarovsky (6229590)
ross@loevy.com
Jon Loevy (6218524)
jon@loevy.com
Michael Kanovitz (6275233)
mike@loevy.com
Matthew Topic (6290923)
matt@loevy.com

3

Aaron Tucek (98624)
aaron@loevy.com
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902 (fax)

*Attorneys for Plaintiffs Attack the Sound
LLC, David Woulard, Stan Burjek, James
Burjek, Berk Ergoz, Hamza Jilani,
Maatkara Wilson, Arjun Singh, Magnus
Fiennes, and Michael Mell*

5

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 16, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

/s/ Ross Kimbarovsky

_____

Ross Kimbarovsky