**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Attack the Sound LLC, et al.

      Plaintiff,

v.              Case No.: 1:25–cv–15354
                Honorable Joan B. Gottschall

Kunlun Tech Co., LTD, et al.

      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

  MINUTE entry before the Honorable Joan B. Gottschall: The court appreciates this update. The next status report is due by and including May 26, 2026. The April 15, 2026, status report deadline [11] is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.