**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>KUNLUN TECH CO., LTD, SKYWORK AI PTE.LTD, and UNKNOWN DEFENDANTS,<br><br>          Defendants. | Case No. 1:25-cv-15354<br><br>District Judge Joan B. Gottschall<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFFS' UPDATED STATUS REPORT
REGARDING FOREIGN SERVICE EFFORTS**

Plaintiffs respectfully submit this updated status report in compliance with the Court's directive to provide a status update by May 26, 2026.

Since the Court struck the April 15, 2026 joint initial status report deadline, Defendants Kunlun Tech Co., Ltd. ("Kunlun"), located in the People's Republic of China, and Skywork AI Pte. Ltd. ("Skywork"), located in the Republic of Singapore, have each executed a Waiver of Service. *See* ECF No. 14 (Kunlun); ECF No. 15 (Skywork). Pursuant to those waivers, each Defendant's deadline to answer or otherwise respond to the Complaint is July 14, 2026.

Although counsel for Defendants have not yet entered their appearances, counsel for the parties have been in communication regarding this matter. Accordingly, Plaintiffs respectfully request that the Court set a new deadline for the parties to submit a joint initial status report.

Dated: May 21, 2026

Respectfully submitted,

LOEVY & LOEVY

/s/ Ross Kimbarovsky

_____

Ross Kimbarovsky (6229590)
ross@loevy.com
Jon Loevy (6218524)
jon@loevy.com
Michael Kanovitz (6275233)
mike@loevy.com
Matthew Topic (6290923)
matt@loevy.com
Aaron Tucek      (98624)
aaron@loevy.com
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900 (phone)
312.243.5902 (fax)

*Attorneys for Plaintiffs Attack the Sound LLC, David Woulard, Stan Burjek, James Burjek, Berk Ergoz, Hamza Jilani, Maatkara Wilson, Arjun Singh, Magnus Fiennes, and Michael Mell*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 21, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

/s/ Ross Kimbarovsky

_____

Ross Kimbarovsky