**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Attack the Sound LLC, et al.

                      Plaintiff,

v.

                                        Case No.: 1:25–cv–15354
                                        Honorable Joan B. Gottschall

Kunlun Tech Co., LTD, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the Plaintiffs' Updated Status Report Regarding Foreign Service Efforts [16], the May 26, 2026, status report deadline is stricken. The next status report is due by and including August 7, 2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.