**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Attack the Sound LLC et al v.     Case Number: 1:25-cv-15354
Kunlun Tech Co., LTD et al

An appearance is hereby filed by the undersigned as attorney for:
Kunlun Tech Co., Ltd. and Skywork AI Pte. Ltd., Defendants

Attorney name (type or print):  Haolu Feng

Firm:    King & Wood

Street address:     17th Floor, One ICC, Shanghai ICC, 999 Middle Huai Hai Road,
Xuhui District

City/State/Zip:    Shanghai, China 200031

Bar ID Number:  D.C. 90001026          Telephone Number:    (206) 499 2956
(See item 3  in instructions)

Email Address: harry.feng@cn.kingandwood.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.        ☐    Retained Counsel

                                                       ☐    Appointed Counsel
                                                            If appointed counsel, are you a

                                                            ☐ Federal Defender

                                                            ☐ CJA Panel Attorney
_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 28, 2026

Attorney signature:    /S/ Haolu Feng
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023