# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KUNLUN TECH CO., LTD, SKYWORK AI PTE.LTD, and UNKNOWN DEFENDANTS,<br><br>Defendants. | Case No.: 1:25-cv-15354<br><br>District Judge: Joan B. Gottschall<br><br>Magistrate Judge: Keri L. Holleb Hotaling |

## KUNLUN TECH CO., LTD'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Kunlun Tech Co., Ltd. ("Kunlun"), a nongovernmental corporate party, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. The following entities or individuals own, directly or indirectly, 5% or more of Kunlun's outstanding stock: Beijing Yingrui Century Software Research and Development Center (Limited Partnership), Yahui Zhou, Qiong Li.

Dated: May 28, 2026

Respectfully submitted,

/s/ Benjamin Bai
J. Benjamin Bai
**KING & WOOD LLP**
600 5th Ave 27th Floor
New York, NY 10020
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
Email: benjamin.bai@cn.kingandwood.com

Haolu Feng
**KING & WOOD**
17th Floor, One ICC, Shanghai ICC, 999 Middle Huai Hai Road, Xuhui District
Shanghai, China 200031
Telephone: (206) 499-2956
Facsimile: +86 21 2412 6150

Email: harry.feng@cn.kingandwood.com

*Attorneys for Defendant Kunlun Tech Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 28, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

/s/ Benjamin Bai
J. Benjamin Bai