J. Benjamin Bai
benjamin.bai@cn.kingandwood.com
**King & Wood LLP**
600 5th Ave, 27th Floor
New York, NY 10020
Tel.: (212) 319-4755
Fax: (917) 591-8167

Haolu Feng
harry.feng@cn.kingandwood.com
**King & Wood**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Tel.: +86 21 2352 6585
Fax: +86 21 2412 6150

*Attorneys for Defendant*
*SKYWORK AI PTE.LTD.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KUNLUN TECH CO., LTD, SKYWORK AI PTE.LTD, and UNKNOWN DEFENDANTS,<br><br>Defendants. | Civil Action No.  1:25-cv-15354<br><br>**DEFENDANT SKYWORK AI PTE. LTD.'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**<br><br><br>Judge: Hon. Joan B. Gottschall<br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

Defendant Skywork AI Pte. Ltd. ("Skywork"), through its counsel, respectfully moves this Court for leave to file a memorandum of law of up to 30 pages in support of its motion to dismiss the Complaint in excess of the page limit in Local Rule 7.1. In support, Skywork states:

1. Plaintiffs filed their Complaint on December 17, 2025. ECF No. 1. The Complaint spans 137 pages and asserts 14 causes of action against Skywork, Kunlun Tech Co., Ltd., and Unknown Defendants. *Id.*

2. Skywork has executed a waiver of service. ECF No. 15. Skywork's deadline to answer or otherwise respond to the Complaint is July 14, 2026. ECF Nos. 15, 16.

3. Skywork intends to move to dismiss the Complaint. Skywork's opening brief will address threshold issues and Plaintiffs' numerous federal and state-law claims, including claims under the Copyright Act, the Digital Millennium Copyright Act, the Illinois Biometric Information Privacy Act, the Illinois Right of Publicity Act, the Illinois Uniform Deceptive Trade Practices Act, and Illinois unjust-enrichment law.

4. Local Rule 7.1 provides that neither a motion nor a brief in support of any motion may exceed 15 pages without prior approval of the Court. N.D. Ill. L.R. 7.1.

5. Given the length of the Complaint, the number of claims asserted, the threshold issues presented, and the need to address Skywork's distinct position separately from Kunlun's, Skywork respectfully requests leave to file a memorandum of law of up to 30 pages in support of its motion to dismiss.

6. Skywork has conferred with counsel for Plaintiffs. On July 6, 2026, Plaintiffs' counsel stated that Plaintiffs do not oppose Skywork having up to 30 pages for its opening brief.

WHEREFORE, Skywork respectfully requests that the Court enter an order permitting Skywork to file a memorandum of law of up to 30 pages in support of its motion to dismiss.

DATED: July 6, 2026

Respectfully submitted,

KING & WOOD LLP

By:    */s/*  Benjamin Bai        
    J. Benjamin Bai
    benjamin.bai@cn.kingandwood.com
    600 5th Ave, 27th Floor
    New York, NY 10020
    Tel.: (212) 319-4755
    Fax: (917) 591-8167

KING & WOOD
    Haolu Feng
    harry.feng@cn.kingandwood.com
    17th Floor, One ICC, Shanghai ICC
    999 Middle Huai Hai Road, Xuhui District
    Shanghai 200031 China
    Tel.: +86 21 2352 6585
    Fax: +86 21 2412 6150

    *Attorneys for Defendant*
    *SKYWORK AI PTE.LTD.*