# Exhibit 1

**Registration Number**
**SR 845-765**
**Effective Date of Registration:**
March 25, 2019

## Title

**Title of Work:** Bad News

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 11, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** David Woulard
  **Author Created:** sound recording
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Jovia Armstrong
  **Author Created:** sound recording
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Woulard
855 n waller, chicago, IL, 60651, United States

**Copyright Claimant:** Jovia Armstrong

## Rights and Permissions

**Organization Name:** Attack the Sound
**Name:** David Woulard
**Email:** attackthesound@yahoo.com
**Telephone:** (773)707-5111

**Alt. Telephone:** (773)707-5111
**Address:** 855 n waller
chicago, IL 60651 United States

## Certification

**Name:** David Woulard
**Date**: March 25, 2019

**Correspondence:** Yes

**Registration Number**
# SRu 1-313-672
**Effective Date of Registration:**
March 28, 2018

## Title

**Title of Work:** Prequel to the Sound

**Content Title:** Close to You

Love is War

Music Soul on Fire

People Make Love

Don't String Me Along

Wait for Me

Fade Away

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** David Woulard
  **Author Created:** sound recording
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Attack the Sound
  **Author Created:** sound recording
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** David Woulard
855 n waller, chicago, IL, 60651, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Attack the Sound
855 n waller, Chicago, IL, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Attack the Sound
**Name:** David Woulard
**Email:** attackthesound@yahoo.com
**Telephone:** (773)707-5111
**Alt. Telephone:** (773)707-5111
**Address:** 855 n waller
chicago, IL 60651 United States

## Certification

**Name:** David Woulard
**Date:** November 22, 2017

---

**Copyright Office notes:** Basis for Registration: unpublished collection.

**Registration Number**

**SRu 1-533-131**

**Effective Date of Registration:**
February 08, 2023

**Registration Decision Date:**
March 06, 2023

## Copyright Registration for a Group of Unpublished Works

Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** This Road and 9 Other Unpublished Works

**Content Title:** This Road
Fire Years
What Shes Thinking
Lights on our Faces
Who Would You Be
Dirty Them Dogs
Sinner
Nothing With You
Rock Salt Hill
This Road pt 2 - Epilogue

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Stan Burjek
  **Author Created:** Sound Recordings and Musical Works (with or without lyrics)
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Mark Burjek
  **Author Created:** Sound Recordings and Musical Works (with or without lyrics)
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Stan Burjek

109 Ryan Lane, Shorewood, IL, 60404

**Copyright Claimant:** Mark Burjek
109 Ryan Lane, Shorewood, IL, 60404

## Certification

**Name:** Stan Burjek, Author
**Date:** February 08, 2023

---

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Copyright

**Registration Number / Date:**
PAU002889490 / 2004-08-20

**Type of Work:**
Music

**Title:**
Let armies loose, & 1 other song.

**Variant Title:**
Let armies loose

**Date of Creation:**
2003

**Copyright Claimant:**
Air Chrysalis Scandanavia, Magnus Fiennes

**Authorship on Application:**
words & music: Bertine Zetlitz, Magnus Fiennes.

**Description:**
Compact disc.

**Names:**
Zetlitz, Bertine
Fiennes, Magnus
Air Chrysalis Scandanavia

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_10658966

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).