**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KUNLUN TECH CO., LTD, SKYWORK AI PTE.LTD, and UNKNOWN DEFENDANTS,

Defendants.

Civil Action No. 1:25-cv-15354

**DECLARATION OF LAM, WING YIP IN SUPPORT OF DEFENDANT KUNLUN TECH CO. LTD.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Judge: Hon. Joan B. Gottschall
Magistrate Judge: Hon. Keri L. Holleb Hotaling

I, Lam, Wing Yip, declare as follows:

1. I am the Music AI & Foundation Model Tech Lead of Defendant Kunlun Tech Co., Ltd. ("Kunlun"). I am over the age of 18 and am fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration and could and would testify to them if called as a witness.
2. I submit this declaration in support of Kunlun's Motion to Dismiss for lack of personal jurisdiction. The facts set forth herein are based on my personal knowledge and my review of Kunlun's corporate records kept in the ordinary course of business.
3. Kunlun is incorporated and headquartered in the People's Republic of China. Kunlun is publicly listed on the Shenzhen Stock Exchange. Skywork AI Pte. Ltd. ("Skywork") is an indirect subsidiary of Kunlun.
4. Kunlun has no presence in the U.S. It has no offices, facilities, employees, officers, directors, real property, bank accounts, or assets in the U.S. It has not registered to do

business in any U.S. state, has not appointed an agent for service of process in any U.S. state, and pays no U.S. taxes.

5. Kunlun is not the owner of any U.S. consumer-facing products or services, is not the distributor of U.S. applications to end users, and is not the entity responsible for any U.S. commercial sales, licensing, or marketing activity.
6. Kunlun does not own or distribute the "Mureka" application through the Apple App Store or Google Play Store in the U.S.
7. Kunlun did not register, and does not own, operate, host, manage, or control, the domain name "mureka.ai." Kunlun does not own any consumer-facing website directed at U.S. users.
8. Kunlun does not process, receive, or collect any payments from U.S.-located Mureka AI users.
9. No agency agreement, written or oral, exists between Kunlun and Skywork. Skywork has no authority to act on Kunlun's behalf, bind Kunlun to contracts, or consent to jurisdiction on Kunlun's behalf.
10. Kunlun has no office or property in Illinois.
11. Kunlun does not operate Melodio App in the U.S.
12. Kunlun has never downloaded recordings from YouTube to populate its training datasets.
13. As a publicly traded corporation, Kunlun files consolidated financial reports that encompass Skywork. However, Skywork maintains financial independence with separate accounting records and bank accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of July, 2026, in Shenzhen, China. [signature]