**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Attack the Sound LLC, et al.

       Plaintiff,

v.              Case No.: 1:25–cv–15354
                Honorable Joan B. Gottschall

Kunlun Tech Co., LTD, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

   MINUTE entry before the Honorable Joan B. Gottschall: The Motions to Dismiss [24, 26] are briefed as follows: response due in 28 days, to and including August 12, 2026; reply due on or before August 26, 2026. Plaintiffs' response may not exceed 30 pages. The parties should recognize that filing an oversized brief, if it includes unnecessary repetition, burdens the court and confuses the issues. The parties should keep this in mind in preparing their briefs. The August 7, 2026, initial status report deadline is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.