**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Attack the Sound LLC et al v.      Case Number: 1:25-cv-15354
Kunlun Tech Co., LTD et al

An appearance is hereby filed by the undersigned as attorney for:
Kunlun Tech Co., Ltd. and Skywork AI Pte. Ltd., Defendants

Attorney name (type or print):  J. Benjamin Bai

Firm:    King & Wood LLP

Street address:      600 5th Ave 27th Floor

City/State/Zip:    New York, NY 10020

Bar ID Number:  Texas 24001675          Telephone Number:    (212) 319 4755
(See item 3  in instructions)

Email Address: benjamin.bai@cn.kingandwood.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.    ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 16, 2026

Attorney signature:    /S/ J. Benjamin Bai
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023