## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| ATTACK THE SOUND LLC, an Illinois limited liability company, DAVID WOULARD, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KUNLUN TECH CO., LTD., SKYWORK AI PTE. LTD., and UNKNOWN DEFENDANTS,<br><br>Defendants. | Civil Action No.  1:25-cv-15354<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY DISCOVERY**<br><br><br>Judge: Hon. Joan B. Gottschall<br>Magistrate Judge: Hon. Keri L. Holleb Hotaling |

Before the Court is Defendants' Joint Motion to Stay Discovery. For good cause shown, the Motion is **GRANTED**.

All discovery, including the parties' obligations to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1), is stayed pending the Court's resolution of Skywork AI Pte. Ltd.'s Motion to Dismiss the Complaint or, in the Alternative, for a More Definite Statement, ECF No. 24, and Kunlun Tech Co., Ltd.'s Motion to Dismiss the Complaint, ECF No. 26, or further order of the Court. If any claims remain after the Court has resolved both motions, discovery shall proceed according to a schedule established by further order of the Court.

   **IT IS SO ORDERED**.

Dated:  _____, 2026            _____

                                        The Honorable Joan B. Gottschall
                                        United States District Judge