Case: 1:25-cv-15354 Document #: 33-1 Filed: 08/14/26 Page 1 of 2 PageID #:343

Mureka

Try free now

- Home
- Create Music
- Create Video
- Studio
- Tools
- Library
- Subscribe
- Rewards
- Mureka Co NEW
- Language
- More

# Meet Mureka V9.5

True to music. Open to every idea.

Try Now

New Model V9.5 | Template | Discover | MV | Character | Creator

## Best of V9.5

View all


The Life We Make V9.5
4.6K by CRIMSONRAGE


Good Thing Com... V9.5
409 by Dreamer


Home for Decem... V9.5
223 by gocc7aw1slp3


Out of Reach V9.5
759 by 1245973


Dust Over the An... V9.5
235 by SunnyVibesLily


Backroads to th... V9.5
169 by pn2m433

## Featured Playlists

EDM
20 songs · by The Daily Mix

R&B
19 songs · by The Daily Mix

Pop
18 songs · by The Daily Mix

Rock
20 songs · by The Daily Mix

Latin
10 songs · by The Daily Mix

J
9