**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Attack the Sound LLC, et al.
Plaintiff,
v.
Kunlun Tech Co., LTD, et al.
Defendant.

Case No.: 1:25−cv−15354
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants' Unopposed Motion for Leave to File Additional Appearance of Counsel [44] is granted. Wesley E. Johnson of Cross−Border Counselor LLP is granted leave to file an appearance as additional counsel for defendants. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.